UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTHUR WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-575** |
| **DARRELL VANNOY, ET AL.** | **SECTION: O (3)** |

## O R D E R

Before the Court is the Report and Recommendation[1] of the United States Magistrate Judge in which it is recommended that Petitioner Arthur Williams' application for a habeas petition under 28 U.S.C. § 2254 be dismissed with prejudice. Petitioner, *pro se*, has filed an objection[2] to the Report and Recommendation.

Construing Petitioner's "filings liberally because he is a *pro se* litigant," *Collins v. Dall. Leadership Found.*, 77 F.4th 327, 330 (5th Cir. 2023) (citing *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972)), the Court finds that Petitioner's objection does not call into question any aspect of the Magistrate Judge's thorough Report and Recommendation, which—applying the standards of review (provided by 28 U.S.C. § 2254(d), as amended by the Antiterrorism and Effective Death Penalty Act) and applicable substantive law—assessed on the merits Petitioner's claims for ineffective assistance of counsel (due to counsel's failure to request a sanity commission and alleged failure to allow Petitioner to testify in his criminal trial) and vindictive prosecution. Having conducted a *de novo* review of that Report and Recommendation

---

[1] ECF No. 13.
[2] ECF No. 14.

in light of Petitioner's objection, *see* 28 U.S.C. § 636(b)(1), the Court overrules Petitioner's objection and adopts the Report and Recommendation.

Accordingly,

**IT IS ORDERED** that Arthur Williams's objection to the Report and Recommendation is **OVERRULED.**

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Arthur Williams's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of October, 2025.

                                                               _____
                                                               BRANDON S. LONG
                                                               UNITED STATES DISTRICT JUDGE